**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 22-6200**

————————————

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

    v.

EUGENE ASOMANI WILLIAMS,

    Defendant - Appellant.

————————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:13-cr-00464-LMB-1)

————————————

Submitted:  October 18, 2022                                   Decided:  October 21, 2022

————————————

Before WYNN and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Eugene Asomani Williams, Appellant Pro Se.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Asomani Williams appeals the district court's order denying his motion for compassionate release. We have reviewed the record on appeal and conclude that the district court did not abuse its discretion in denying relief. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (providing standard), *cert. denied*, 142 S. Ct. 383 (2021). Accordingly, we affirm. *United States v. Williams*, No. 1:13-cr-00464-LMB-1 (E.D. Va. Feb. 1, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*